# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                 :
         V                :        CRIMINAL NO.: 05-426(DAR)
                 :
EUGENE JONES          :

### NOTICE OF APPEARANCE

The clerk of the court will please enter Richard Alan Samad as counsel of record for the defendant.

_____
Richard Samad
462384
Attorney at Law
1717 K Street, Suite 600
Washington, DC 20036
(202) 204-9009 (office)
(202) 316-0072 (cell)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed to the office of the United States Attorney at 555 4th Street, NW, Washington, DC 20001, today.

_____
Richard Samad