# United States District Court

_for the_ **DISTRICT OF** _Columbia_

UNITED STATES OF AMERICA

v.

_Eugene Jones_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _05-426M-01_

**FILED**

AUG 0 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Eugene Jones_, charged in a (complaint) (petition) pending in this District with _POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE_ in violation of Title _21_, U.S.C., _841(a)(1)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Eugene Jones_
Defendant

_3 August_
Date

_Richard Alan Jamos_
Counsel for Defendant